**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6032**

MARC LOUIS,

                    Plaintiff - Appellant,

          v.

SPOTSYLVANIA COUNTY, VA, Ricardo Riguel/Circuit Court Judge; RICARDO RIGUAL, Judge Circuit Court; COMMONWEALTH OF VIRGINIA,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:17-cv-01215-LMB-JFA)

Submitted: April 17, 2018                    Decided: April 20, 2018

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marc Louis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc Louis, a Virginia inmate, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.  On appeal, we confine our review to the issues raised in the Appellant's brief.  *See* 4th Cir. R. 34(b).  Because Louis' informal brief does not challenge the bases for the district court's disposition, Louis has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
